# Earnings Statement

![ADP]

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Period Beginning: 02/10/2025
Period Ending: 02/23/2025
Pay Date: 02/28/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**BERNADETTE DAVIS**
**1723 CONLYN STREET**
**PHILADELPHIA PA 19141**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2402.89 | 60.00 | 2,402.89 | 12,014.45 |
| Holiday | | 7.50 | | |
| Sick | | 7.50 | | |
| **Gross Pay** | | | **$2,402.89** | 12,014.45 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -112.09 | 560.45 |
| | Social Security Tax | -142.50 | 712.48 |
| | Medicare Tax | -33.33 | 166.63 |
| | PA State Income Tax | -70.32 | 351.60 |
| | Philadelphia Income Tax | -90.40 | 452.00 |
| | PA SUI Tax | -1.68 | 8.41 |
| | **Other** | | |
| | Dental Care | -2.82* | 14.10 |
| | Legal Shield | -19.34 | 77.36 |
| | Medical 125 | -106.45* | 532.25 |
| | Vision Care | -2.81* | 14.05 |
| | 403B Deduction | -50.00* | 250.00 |
| | 403B Loan | -67.79 | 338.95 |
| **Net Pay** | | | **$1,703.36** |
| Direct Deposit | | -1,703.36 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $2,240.81

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 403B | 60.05 | 300.25 |
| G.T.L. | 7.50 | 37.50 |
| Max Elig/Comp | 2,402.89 | 12,014.45 |
| Personal | 22.50 | |
| Sick | 71.00 | |
| Vacation | 199.31 | |
| Totl Hrs Worked | 60.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:           Married
Exemptions/Allowances:
  PA:           3

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Advice number: 00000090087
Pay date: 02/28/2025



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **BERNADETTE DAVIS** | xxxxxx0547 | xxxx xxxx | $1,703.36 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Period Beginning: 02/10/2025
Period Ending: 02/23/2025
Pay Date: 02/28/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**BERNADETTE DAVIS**
**1723 CONLYN STREET**
**PHILADELPHIA PA 19141**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2402.89 | 60.00 | 2,402.89 | 12,014.45 |
| Holiday | | 7.50 | | |
| Sick | | 7.50 | | |
| **Gross Pay** | | | **$2,402.89** | 12,014.45 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -112.09 | 560.45 |
| | Social Security Tax | -142.50 | 712.48 |
| | Medicare Tax | -33.33 | 166.63 |
| | PA State Income Tax | -70.32 | 351.60 |
| | Philadelphia Income Tax | -90.40 | 452.00 |
| | PA SUI Tax | -1.68 | 8.41 |
| | **Other** | | |
| | Dental Care | -2.82* | 14.10 |
| | Legal Shield | -19.34 | 77.36 |
| | Medical 125 | -106.45* | 532.25 |
| | Vision Care | -2.81* | 14.05 |
| | 403B Deduction | -50.00* | 250.00 |
| | 403B Loan | -67.79 | 338.95 |
| **Net Pay** | | | **$1,703.36** |
| | Direct Deposit | -1,703.36 | |
| **Net Check** | | | **$0.00** |

Your federal taxable wages this period are
$2,240.81

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Er 403B | 60.05 | 300.25 |
| G.T.L. | 7.50 | 37.50 |
| Max Elig/Comp | 2,402.89 | 12,014.45 |
| Personal | 22.50 | |
| Sick | 71.00 | |
| Vacation | 199.31 | |
| Totl Hrs Worked | 60.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:           Married
Exemptions/Allowances:
  PA:           3

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Advice number: 00000090087
Pay date: 02/28/2025

**THIS IS NOT A CHECK**

Deposited to the account of
**BERNADETTE DAVIS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0547 | xxxx xxxx | $1,703.36 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Period Beginning: 01/27/2025
Period Ending: 02/09/2025
Pay Date: 02/14/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**BERNADETTE DAVIS**
**1723 CONLYN STREET**
**PHILADELPHIA PA 19141**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2402.89 | 75.00 | 2,402.89 | 9,611.56 |
| **Gross Pay** | | | **$2,402.89** | 9,611.56 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -112.09 | 448.36 |
| | Social Security Tax | -142.49 | 569.98 |
| | Medicare Tax | -33.32 | 133.30 |
| | PA State Income Tax | -70.32 | 281.28 |
| | Philadelphia Income Tax | -90.40 | 361.60 |
| | PA SUI Tax | -1.68 | 6.73 |
| **Other** | | | |
| | Dental Care | -2.82* | 11.28 |
| | Legal Shield | -19.34 | 58.02 |
| | Medical 125 | -106.45* | 425.80 |
| | Vision Care | -2.81* | 11.24 |
| | 403B Deduction | -50.00* | 200.00 |
| | 403B Loan | -67.79 | 271.16 |
| **Net Pay** | | **$1,703.38** | |
| | Direct Deposit | -1,703.38 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 403B | 60.05 | 240.20 |
| G.T.L. | 7.50 | 30.00 |
| Max Elig/Comp | 2,402.89 | 9,611.56 |
| Personal | 22.50 | |
| Sick | 78.50 | |
| Vacation | 199.31 | |
| Totl Hrs Worked | 75.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Married
Exemptions/Allowances:
  PA: 3

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,240.81

© 2000 ADP, Inc.

---

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Advice number: 00000070085
Pay date: 02/14/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| BERNADETTE DAVIS | xxxxxx0547 | xxxx xxxx | $1,703.38 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

ADP

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Period Beginning: 01/27/2025
Period Ending: 02/09/2025
Pay Date: 02/14/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

BERNADETTE DAVIS
1723 CONLYN STREET
PHILADELPHIA PA 19141

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2402.89 | 75.00 | 2,402.89 | 9,611.56 |
| **Gross Pay** | | | **$2,402.89** | 9,611.56 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -112.09 | 448.36 |
| | Social Security Tax | -142.49 | 569.98 |
| | Medicare Tax | -33.32 | 133.30 |
| | PA State Income Tax | -70.32 | 281.28 |
| | Philadelphia Income Tax | -90.40 | 361.60 |
| | PA SUI Tax | -1.68 | 6.73 |
| | **Other** | | |
| | Dental Care | -2.82* | 11.28 |
| | Legal Shield | -19.34 | 58.02 |
| | Medical 125 | -106.45* | 425.80 |
| | Vision Care | -2.81* | 11.24 |
| | 403B Deduction | -50.00* | 200.00 |
| | 403B Loan | -67.79 | 271.16 |
| | **Net Pay** | **$1,703.38** | |
| | Direct Deposit | -1,703.38 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 403B | 60.05 | 240.20 |
| G.T.L. | 7.50 | 30.00 |
| Max Elig/Comp | 2,402.89 | 9,611.56 |
| Personal | 22.50 | |
| Sick | 78.50 | |
| Vacation | 199.31 | |
| Totl Hrs Worked | 75.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Married
Exemptions/Allowances:
  PA: 3

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,240.81

© 2000 ADP, Inc.

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Advice number: 00000070085
Pay date: 02/14/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| BERNADETTE DAVIS | xxxxxx0547 | xxxx xxxx | $1,703.38 |



**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Period Beginning: 12/30/2024
Period Ending: 01/12/2025
Pay Date: 01/17/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**BERNADETTE DAVIS**
**1723 CONLYN STREET**
**PHILADELPHIA PA 19141**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2402.89 | 45.00 | 2,402.89 | 4,805.78 |
| Holiday | | 7.50 | | |
| Vacation | | 22.50 | | |
| **Gross Pay** | | | **$2,402.89** | 4,805.78 |

Your federal taxable wages this period are $2,240.81

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -112.09 | 224.18 |
| | Social Security Tax | -142.49 | 284.99 |
| | Medicare Tax | -33.32 | 66.65 |
| | PA State Income Tax | -70.32 | 140.64 |
| | Philadelphia Income Tax | -90.40 | 180.80 |
| | PA SUI Tax | -1.68 | 3.36 |
| | **Other** | | |
| | Dental Care | -2.82* | 5.64 |
| | Legal Shield | -19.34 | 38.68 |
| | Medical 125 | -106.45* | 212.90 |
| | Vision Care | -2.81* | 5.62 |
| | 403B Deduction | -50.00* | 100.00 |
| | 403B Loan | -67.79 | 135.58 |
| **Net Pay** | | | **$1,703.38** |
| Direct Deposit | | | -1,703.38 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 403B | 60.05 | 120.10 |
| G.T.L. | 7.50 | 15.00 |
| Max Elig/Comp | 2,402.89 | 4,805.78 |
| Personal | 22.50 | |
| Sick | 71.00 | |
| Vacation | 194.31 | |
| Totl Hrs Worked | 45.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Married
Exemptions/Allowances:
  PA:    3

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Advice number: 00000030087
Pay date: 01/17/2025



Deposited to the account of
**BERNADETTE DAVIS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0547 | xxxx xxxx | $1,703.38 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Period Beginning: 01/13/2025
Period Ending: 01/26/2025
Pay Date: 01/31/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**BERNADETTE DAVIS**
**1723 CONLYN STREET**
**PHILADELPHIA PA 19141**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2402.89 | 60.00 | 2,402.89 | 7,208.67 |
| Holiday | | 7.50 | | |
| Vacation | | 7.50 | | |
| **Gross Pay** | | | **$2,402.89** | 7,208.67 |

Your federal taxable wages this period are $2,240.81

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -112.09 | 336.27 |
| | Social Security Tax | -142.50 | 427.49 |
| | Medicare Tax | -33.33 | 99.98 |
| | PA State Income Tax | -70.32 | 210.96 |
| | Philadelphia Income Tax | -90.40 | 271.20 |
| | PA SUI Tax | -1.69 | 5.05 |
| | **Other** | | |
| | Dental Care | -2.82* | 8.46 |
| | Medical 125 | -106.45* | 319.35 |
| | Vision Care | -2.81* | 8.43 |
| | 403B Deduction | -50.00* | 150.00 |
| | 403B Loan | -67.79 | 203.37 |
| | Legal Shield | | 38.68 |
| | **Net Pay** | | **$1,722.69** |
| | Direct Deposit | | -1,722.69 |
| | **Net Check** | | **$0.00** |

**Other Benefits and Information** | this period | total to date
--- | --- | ---
Er 403B | 60.05 | 180.15
G.T.L. | 7.50 | 22.50
Max Elig/Comp | 2,402.89 | 7,208.67
Personal | 22.50 |
Sick | 71.00 |
Vacation | 186.81 |
Totl Hrs Worked | 60.00 |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Married
Exemptions/Allowances:
  PA: 3

* Excluded from federal taxable wages

© 2000 ADP, Inc.

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Advice number: 00000050085
Pay date: 01/31/2025



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **BERNADETTE DAVIS** | xxxxxx0547 | xxxx xxxx | $1,722.69 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Period Beginning: 01/13/2025
Period Ending: 01/26/2025
Pay Date: 01/31/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**BERNADETTE DAVIS**
**1723 CONLYN STREET**
**PHILADELPHIA PA 19141**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2402.89 | 60.00 | 2,402.89 | 7,208.67 |
| Holiday | | 7.50 | | |
| Vacation | | 7.50 | | |
| **Gross Pay** | | | **$2,402.89** | 7,208.67 |

Your federal taxable wages this period are $2,240.81

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -112.09 | 336.27 |
| | Social Security Tax | -142.50 | 427.49 |
| | Medicare Tax | -33.33 | 99.98 |
| | PA State Income Tax | -70.32 | 210.96 |
| | Philadelphia Income Tax | -90.40 | 271.20 |
| | PA SUI Tax | -1.69 | 5.05 |
| | **Other** | | |
| | Dental Care | -2.82* | 8.46 |
| | Medical 125 | -106.45* | 319.35 |
| | Vision Care | -2.81* | 8.43 |
| | 403B Deduction | -50.00* | 150.00 |
| | 403B Loan | -67.79 | 203.37 |
| | Legal Shield | | 38.68 |
| | **Net Pay** | | **$1,722.69** |
| | Direct Deposit | -1,722.69 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 403B | 60.05 | 180.15 |
| G.T.L. | 7.50 | 22.50 |
| Max Elig/Comp | 2,402.89 | 7,208.67 |
| Personal | 22.50 | |
| Sick | 71.00 | |
| Vacation | 186.81 | |
| Totl Hrs Worked | 60.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Married
Exemptions/Allowances:
  PA: 3

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Advice number: 00000050085
Pay date: 01/31/2025

**Deposited to the account of**
**BERNADETTE DAVIS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0547 | xxxx xxxx | $1,722.69 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement** ADP

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Period Beginning: 12/16/2024
Period Ending: 12/29/2024
Pay Date: 01/03/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

BERNADETTE DAVIS
1723 CONLYN STREET
PHILADELPHIA PA 19141

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2402.89 | 60.00 | 2,402.89 | 2,402.89 |
| Holiday | | 7.50 | | |
| Vacation | | 7.50 | | |
| **Gross Pay** | | | **$2,402.89** | 2,402.89 |

Your federal taxable wages this period are $2,240.81

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -112.09 | 112.09 |
| | Social Security Tax | -142.50 | 142.50 |
| | Medicare Tax | -33.33 | 33.33 |
| | PA State Income Tax | -70.32 | 70.32 |
| | Philadelphia Income Tax | -90.40 | 90.40 |
| | PA SUI Tax | -1.68 | 1.68 |
| | **Other** | | |
| | Dental Care | -2.82* | 2.82 |
| | Legal Shield | -19.34 | 19.34 |
| | Medical 125 | -106.45* | 106.45 |
| | Vision Care | -2.81* | 2.81 |
| | 403B Deduction | -50.00* | 50.00 |
| | 403B Loan | -67.79 | 67.79 |
| **Net Pay** | | **$1,703.36** | |
| Direct Deposit | | -1,703.36 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 403B | 60.05 | 60.05 |
| G.T.L. | 7.50 | 7.50 |
| Max Elig/Comp | 2,402.89 | 2,402.89 |
| Personal | 22.50 | |
| Sick | 63.50 | |
| Vacation | 204.31 | |
| Totl Hrs Worked | 60.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Married
Exemptions/Allowances:
  PA: 3

* Excluded from federal taxable wages

© 2000 ADP, Inc.

COLUMBUS PROPERTY MANAGEMENT & DEVELOPMENT
2042-48 ARCH STREET 2ND FLOOR
PHILADELPHIA, PA 19103
215-557-8414

Advice number: 00000010087
Pay date: 01/03/2025

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| BERNADETTE DAVIS | xxxxxx0547 | xxxx xxxx | $1,703.36 |

**NON-NEGOTIABLE**