## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bernadette Davis,<br><br>*Debtor*. | Case No. 25-10933-PMM<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- First Amended Chapter 13 Plan

I further certify that on this date, I did cause a copy of the document described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the following party:

| | | |
|---|---|---|
| Aaron & Prince<br>8 Penn Center, Suite 810<br>Philadelphia, PA 19103 | NAVY FCU<br>Attn: Bankruptcy<br>PO Box 3000<br>Merrifield, VA 22119 | PHH Mortgage<br>1 Mortgage Way<br>Mount Laurel, NJ 08054-4637 |

Date: March 19, 2025

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com