# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bernadette Davis,<br><br>*Debtor*. | Case No. 25-10933-PMM<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Second Amended Chapter 13 Plan

I further certify that on this date, I did cause a copy of the document described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the following party:

NAVY FCU  
Attn: Bankruptcy  
PO Box 3000  
Merrifield, VA 22119

PHH Mortgage  
1 Mortgage Way  
Mount Laurel, NJ 08054-4637

Date: March 25, 2025

/s/ Michael A. Cibik  
Michael A. Cibik (#23110)  
Cibik Law, P.C.  
1500 Walnut Street, Suite 900  
Philadelphia, PA 19102  
215-735-1060  
mail@cibiklaw.com