## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
BERNADETTE A DAVIS | Bankruptcy No.25-10933-PMM

Debtor

## CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 20th day of May, 2025, by first class mail upon those

listed below:

BERNADETTE A DAVIS
1723 CONLYN ST
PHILADELPHIA, PA  19141-1831

**Electronically via CM/ECF System Only:**

CIBIK LAW, P.C.

Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA  19107

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trustee