**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bernadette** | **A** | **Davis** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number **25-10933**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|
| **4.1** **Douglas Aaron, Esquire**<br>Nonpriority Creditor's Name<br>**1648 JFK Blvd Suite 810**<br>Number         Street<br><br>**Philadelphia, PA 19103-2104**<br>City         State         ZIP Code | Last 4 digits of account number  **2  3  3  6**<br>When was the debt incurred?  **04/16/2001**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,113.22** |
| **Who incurred the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☑ Other. Specify  **Legal Judgment from Motor Vehicle Accident case: Dixon etal vs. Redding, Philadelphia Court of Common Pleas Case ID: 001200079** | |

Debtor 1  **Bernadette  A  Davis**  Case number *(if known)* **25-10933**
First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 4.2

**Jefferson Capital Systems, LLC**
Nonpriority Creditor's Name

**P.O. Box 7999**
Number    Street

**Saint Cloud, MN 56302-9617**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  7  5  6  6    **$1,938.22**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

### 4.3

**Jefferson Capital Systems, LLC**
Nonpriority Creditor's Name

**P.O. Box 7999**
Number    Street

**Saint Cloud, MN 56302-9617**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  9  2  6  0    **$1,832.95**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

Debtor 1  **Bernadette** **A** **Davis** _____ Case number *(if known)* **25-10933**
         First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**   Total claim

**4.4** **Midland Credit Management, Inc.**   Last 4 digits of account number  **9 6 7 8**   **$1,764.27**
Nonpriority Creditor's Name
**P.O. Box 2037**   When was the debt incurred?  **09/01/2022**
Number       Street

**Warren, MI 48090**   **As of the date you file, the claim is:** Check all that apply.
City       State       ZIP Code
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.   **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only   ❑ Student loans
❑ Debtor 2 only   ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another   ❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Check if this claim is for a community debt   ☑ Other. Specify  **Revolving Credit/Services Rendered**

**Is the claim subject to offset?**
☑ No
❑ Yes

**4.5** **Navy Federal Credit Union**   Last 4 digits of account number  **6 0 6 3**   **$6,033.97**
Nonpriority Creditor's Name
**Attn: Bankruptcy**   When was the debt incurred?  _____

**PO Box 3000**
Number       Street
**Merrifield, VA 22119**   **As of the date you file, the claim is:** Check all that apply.
City       State       ZIP Code
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.   **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only   ❑ Student loans
❑ Debtor 2 only   ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another   ❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Check if this claim is for a community debt   ☑ Other. Specify  **Credit Card**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor 1  **Bernadette  A  Davis**  Case number *(if known)* **25-10933**
First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**4.6**

**New Jersey Turnpike Authority**
Nonpriority Creditor's Name
**Attn: Ramon de la Cruz**

**P.O. Box 5042**
Number   Street
**Woodbridge, NJ 07095**
City   State   ZIP Code

**Last 4 digits of account number**  **0  6  3  5**   **$362.90**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unpaid Tolls and Administrative Claims**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.7**

**OneMain Financial**
Nonpriority Creditor's Name
**PO Box 3251**
Number   Street

**Evansville, IN 47731-3251**
City   State   ZIP Code

**Last 4 digits of account number**  **9  9  3  7**   **$6,059.97**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Money Loaned**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1  **Bernadette** **A** **Davis**  Case number *(if known)* **25-10933**
First Name  Middle Name  Last Name

**Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

### 4.8 Philadelphia Parking Authority

Nonpriority Creditor's Name

**Bankruptcy Department**

**701 Market St**
Number  Street

**Philadelphia, PA 19106-1538**
City  State  ZIP Code

**Last 4 digits of account number** __ __ __ __   **$288.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Parking Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.9 Portfolio Recovery Associates, LLC

Nonpriority Creditor's Name

**P.O. Box 41067**
Number  Street

**Norfolk, VA 23541-1067**
City  State  ZIP Code

**Last 4 digits of account number**  9  9  2  5   **$676.20**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Bernadette**          **A**            **Davis**                          Case number *(if known)* **25-10933**
           First Name         Middle Name       Last Name

### Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                   Total claim

**4.10** **Portfolio Recovery Associates, LLC**    Last 4 digits of account number   **2  5  4  6**        **$2,005.43**
Nonpriority Creditor's Name
**P.O. Box 41067**                                  When was the debt incurred?
Number      Street

**Norfolk, VA 23541-1067**                          As of the date you file, the claim is: Check all that apply.
City         State        ZIP Code                  ❑ Contingent
                                                    ❑ Unliquidated
**Who incurred the debt?** Check one.               ❑ Disputed
☑ Debtor 1 only
❑ Debtor 2 only                                     **Type of NONPRIORITY unsecured claim:**
❑ Debtor 1 and Debtor 2 only                        ❑ Student loans
❑ At least one of the debtors and another           ❑ Obligations arising out of a separation agreement or divorce that you did not report as
❑ Check if this claim is for a community debt           priority claims
                                                    ❑ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**                 ☑ Other. Specify  **Credit Card**
☑ No
❑ Yes

**4.11** **TD Retail Card Services**                Last 4 digits of account number   **7  0  4  3**        **$3,327.55**
Nonpriority Creditor's Name
**c/o Creditors Bankruptcy Service**                When was the debt incurred?
**P.O. Box 800849**
Number      Street
**Dallas, TX 75380**                                As of the date you file, the claim is: Check all that apply.
City         State        ZIP Code                  ❑ Contingent
                                                    ❑ Unliquidated
**Who incurred the debt?** Check one.               ❑ Disputed
☑ Debtor 1 only
❑ Debtor 2 only                                     **Type of NONPRIORITY unsecured claim:**
❑ Debtor 1 and Debtor 2 only                        ❑ Student loans
❑ At least one of the debtors and another           ❑ Obligations arising out of a separation agreement or divorce that you did not report as
❑ Check if this claim is for a community debt           priority claims
                                                    ❑ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**                 ☑ Other. Specify  **Goods Sold**
☑ No
❑ Yes

Debtor 1  **Bernadette      A        Davis**                                          Case number *(if known)* **25-10933**
          First Name      Middle Name   Last Name

### Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $44,402.68 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $44,402.68 |