# EXHIBIT A

| Name: | Bernadette A Davis | | | | |
|---|---|---|---|---|---|
| **BK Case Number:** | 25-10933 | | | | |
| **Filing Date:** | 03/07/2025 | | | | |
| **First Post Due:** | 04/01/2025 | | | | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance |
| | 03/31/2025 | $ 1,045.57 | | $ 1,045.57 | $ 1,045.57 |
| 04/01/2025 | 04/01/2025 | | $ 1,042.94 | $ (1,042.94) | $ 2.63 |
| | 05/09/2025 | $ 1,061.48 | | $ 1,061.48 | $ 1,064.11 |
| 05/01/2025 | 05/12/2025 | | $ 1,042.94 | $ (1,042.94) | $ 21.17 |
| | 06/20/2025 | $ 1,061.48 | | $ 1,061.48 | $ 1,082.65 |
| 06/01/2025 | 06/23/2025 | | $ 1,042.94 | $ (1,042.94) | $ 39.71 |
| | 08/01/2025 | $ 1,042.94 | | $ 1,042.94 | $ 1,082.65 |
| 07/01/2025 | 08/04/2025 | | $ 1,042.94 | $ (1,042.94) | $ 39.71 |
| | 09/12/2025 | $ 1,043.00 | | $ 1,043.00 | $ 1,082.71 |
| 08/01/2025 | 09/15/2025 | | $ 1,042.94 | $ (1,042.94) | $ 39.77 |
| | 10/23/2025 | $ 1,045.00 | | $ 1,045.00 | $ 1,084.77 |
| 09/01/2025 | 10/24/2025 | | $ 1,042.94 | $ (1,042.94) | $ 41.83 |
| | 12/04/2025 | $ 1,045.00 | | $ 1,045.00 | $ 1,086.83 |
| 10/01/2025 | 12/05/2025 | | $ 1,042.94 | $ (1,042.94) | $ 43.89 |
| | 01/15/2026 | $ 1,042.94 | | $ 1,042.94 | $ 1,086.83 |
| 11/01/2025 | 01/16/2026 | | $ 1,042.94 | $ (1,042.94) | $ 43.89 |

| Name: | Bernadette A Davis | | | |
|---|---|---|---|---|
| **BK Case Number:** | 25-10933 | | | |
| **Filing Date:** | 03/07/2025 | | | |
| **Due Date** | **Total Payment** | **P&I** | **Escrow** | **NOPC Filed Date** |
| 12/01/2025 | $ 1,042.94 | $ 747.83 | $ 295.11 | |
| 01/01/2026 | $ 1,042.94 | $ 747.83 | $ 295.11 | |
| 02/01/2026 | $ 1,042.94 | $ 747.83 | $ 295.11 | |
| | $ - | | | |
| **Total Due** | **$ 3,128.82** | **$ 2,243.49** | **$ 885.33** | |