**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Bernadette Davis,<br><br><div align="right">*Debtor*.</div> | Case No. 25-10933-PMM<br>Chapter 13 |

**Debtor's Objection to Motion for Relief from Stay AND NOW**,

Debtor Bernadette Davis, by and through her attorney, hereby objects to the Motion

for Relief from Stay filed by Nations Direct Mortgage, LLC.

Date: March 27, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik

Michael A. Cibik (#23110) 1500
Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Certificate of Service**

I certify that on this date I caused a true and correct copy of the Debtor's Objection to
Motion for Relief from Stay filed by Nations Direct Mortgage, LLC to be served on all
parties on the clerk's service list through the CM/ECF system. I did not serve anyone by
mail.

Date: March 27, 2026

/s/ Michael A. Cibik

Michael A. Cibik