UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bernadette A Davis,          :          Chapter 13
                                     :
          Debtor                     :
                                     :          Case No.   25-10933-pmm
                                     :
                                     :

ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #38, the

"Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #40);

AND, the parties having reported the matter settled with a stipulation memorializing the

settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. On or before May 6, 2026, the parties shall either file the Stipulation or file a notice relisting

   the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without

   further notice or hearing.

04/06/2026                           _____
                                     PATRICIA M. MAYER
                                     U.S. BANKRUPTCY JUDGE