## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>BERNADETTE A DAVIS<br>     Debtor | Case No. 25-10933-pmm |
| Nations Direct Mortgage, LLC,<br><br>    Movant | Chapter 13 |
| vs.<br>BERNADETTE A DAVIS<br>     And<br>DAMON DAVIS,  (NON-FILING CO-DEBTOR)<br>     Respondents | 11 U.S.C. §362 and §1301 |

### ORDER

**AND NOW**, this _____ day of _____      ,  2026,   it   is   hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Patricia M. Mayer
BANKRUPTCY JUDGE


BERNADETTE A DAVIS
1723 CONLYN ST
PHILADELPHIA, PA 19141-1831

MICHAEL A. CIBIK
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

DAMON DAVIS
1723 CONLYN ST
PHILADELPHIA, PA 19141-1831

KENNETH E. WEST
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107