# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Bernadette Davis,<br><br>*Debtor*. | Case No. 25-10933-PMM<br>Chapter 13 |

## Motion to Modify Plan After Confirmation

Debtor Bernadette Davis, through her attorney, moves this Court as follows:

1.  The Debtor filed a bankruptcy petition on March 7, 2025. The plan was confirmed on December 2, 2025.

2.  The Debtor's mortgage company, creditor Nations Direct Mortgage, LLC ("Creditor"), recently filed a Motion for Relief From the Automatic Stay ("Motion") at ECF No. 38.

3. A stipulation settling the Motion was recently approved by this Court's order at ECF No. 45.

4. The Debtor wants to modify her plan to roll in the post-petition arrears owed to the Creditor in line with the terms of the approved stipulation.

5. The proposed plan cures the arrears that gave rise to the Motion by increasing the Debtor's monthly plan payments moving forward.

6. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 47 as the new confirmed plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: May 4, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com