**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Bernadette Davis,<br>*Debtor*. | Case No. 25-10933-PMM<br>Chapter 13 |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 48, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 47) is **APPROVED**.

**Date:** 8/25/26

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge